# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 9, 2020

## NO. 03-18-00696-CV

**John Gannon, Inc., Appellant**

**v.**

**The Texas Department of Transportation; James M. Bass, in His Official Capacity as Executive Director of The Texas Department of Transportation; and Kyle Madsen, in His Official Capacity as Director of Right of Way for The Texas Department of Transportation, Appellees**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on October 8, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. Therefore, the Court reverses the trial court's order as to the dismissal of the APA Claim, affirms the order as to the dismissal of the UDJA Claim, and reverses the order as to the denial of the motion for protection from discovery. The Court remands the cause to the trial court for further proceedings consistent with this Court's opinion. The parties shall bear their own costs relating to this appeal, both in this Court and in the court below.